[No. 13761–1–I.  Division One.  October 28, 1985.]

WARREN S. BENNISON, ET AL, *Appellants*, v. CONDENSATION ENGINEERING COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–2–02149–1, Paul D. Hansen, J.,

entered September 1, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, C.J., and Coleman, J.